# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>Plaintiff,<br><br>v.<br><br>**REAL PROPERTY LOCATED AT 1268 S JONES SPRING LANE, SPRINGFIELD, MISSOURI ALONG WITH ALL ITS BUILDINGS, APPURTENANCES, AND IMPROVEMENTS, et al.**<br><br>Defendants. | Case No. 22-03239-CV-S-MDH |

**ORDER OF FORFEITURE AS TO CERTAIN DEFENDANT PROPERTIES**

On September 13, 2022, a verified Complaint for Forfeiture *in Rem* was filed on behalf of the plaintiff, United States of America, against defendant real properties, including:

1268 South Jones Spring Lane, Springfield, Missouri 65804 and more fully described as All of Lot One (1), Replat of Lots 2, 8, 8A, 9, & 9A of Jones Spring, a Subdivision in Greene County, Missouri, according to the recorded plat thereof in plat book AAA Page 400.

All of Lot Two (2), Replat of Lots 2, 8, 8A, 9, & 9A of Jones Spring, a Subdivision in Greene County, Missouri, according to the recorded plat thereof in plat book AAA Page 400.

The Complaint alleged that the defendant properties were involved in a transaction or an attempted transaction in violation of 18 U.S.C. §§ 1956, 1957, and 1960 or is property traceable to property involved in a transaction or attempted transaction in violation of 18 U.S.C. §§ 1956, 1957, and 1960, and therefore, was subject to forfeiture to the United States pursuant to 18 U.S.C. § 981(a)(1)(A). The Complaint further alleged that the defendant property was subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because they constitute or were derived from proceeds

traceable to specified unlawful activity or a conspiracy to commit such unlawful offenses, that is, making a false statement for the purpose of influencing in any way the action of a financial institution, wire fraud, bank fraud, or conspiracy to commit bank fraud.

Process was fully issued in this action and returned according to law.

The known potential claimants for the above-described defendant properties were properly served the Notice of Complaint and Complaint for Forfeiture *In Rem*.

Any and all other potential claimants have been notified of the action and of their rights to assert a claim for the defendant property by publication for thirty consecutive days beginning on Septembe16, 2022, and ending on October 15, 2022, on the official government internet site, [www.forfeiture.gov](www.forfeiture.gov), which publication is evidenced by a Declaration of Publication on file with this Court. D.E. 23.

The United States and claimant UMB Bank, N.A. ("UMB Bank") entered into a settlement agreement, which is hereby APPROVED as submitted. D.E. 33. Pursuant to the agreement, after a judgment of forfeiture and sale of the defendant real property located at 1268 South Jones Spring Lane, Springfield, Missouri, UMB Bank shall be paid from net proceeds of the sale for the unpaid principal on its loan plus interest due and attorney's fees as set forth in the settlement agreement. UMB Bank agrees that is makes no claim as to Lot 2.

No other claims for the defendant properties have been filed and the time within which such claims must have been filed has expired.

Now, therefore, on the motion of the plaintiff United States of America for a judgment of forfeiture, it is hereby

ORDERED --

(1) that plaintiff's motion for judgment of forfeiture is GRANTED, and the following defendant real properties, together with all their buildings, appurtenances, and improvements are hereby forfeited to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C) to be disposed of according to law:

> 1268 South Jones Spring Lane, Springfield, Missouri 65804 and more fully described as All of Lot One (1), Replat of Lots 2, 8, 8A, 9, & 9A of Jones Spring, a Subdivision in Greene County, Missouri, according to the recorded plat thereof in plat book AAA Page 400,
>
> All of Lot Two (2), Replat of Lots 2, 8, 8A, 9, & 9A of Jones Spring, a Subdivision in Greene County, Missouri, according to the recorded plat thereof in plat book AAA Page 400;

(2) that the settlement agreement between the United States and UMB Bank is approved. The claim of UMB Bank in the amount of $1,122,253.58 plus interest and attorney's fees in the amount of $9,576.64 shall be paid by the United States out of the proceeds of the sale of the defendant property described as 1268 South Jones Spring Lane, Springfield, Missouri 65804 and more fully described as All of Lot One (1), Replat of Lots 2, 8, 8A, 9, & 9A of Jones Spring, a Subdivision in Greene County, Missouri, according to the recorded plat thereof in plat book AAA Page 400. Each party will bear their own costs;

(3) that all persons claiming any right, title, or interest in or to the defendant property are held in default, including but not limited to John Michael Felts and Jennifer Obert a/k/a Jennifer Felts, who received notice of the complaint in this action by personal service;

(4) that all claims and interests in the defendant property, except as provided herein, are forever foreclosed and barred;

(5) that the Clerk of the Court shall enter a judgment consistent with this order.

**IT IS SO ORDERED.**

Dated: June 5, 2023                                                  */s/ Douglas Harpool*
                                                                                                    **DOUGLAS HARPOOL**
                                                                                                    **United States District Judge**