# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| ) | |
| vs.    ) | Case No. 22-3239-CV-S-MDH |
| ) | |
| **REAL PROPERTY LOCATED AT** ) | |
| **1268 S JONES SPRING LANE,** ) | |
| **SPRINGFIELD, MISSOURI ALONG** ) | |
| **WITH ALL ITS BUILDINGS,** ) | |
| **APPURTENANCES, AND IMPROVEMENTS,** ) | |
| **et al.,** ) | |

\_\_\_\_    Jury Verdict.   This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X      Decision by Court.  This action came to determination before the Court.  The issues have been determined and a decision has been rendered.

ORDERED, ADJUDGED AND DECREED:

(1) that a default judgment of forfeiture is hereby entered against the following two defendant real properties:

1224 South Jones Spring Lane, Springfield, Missouri 65804 and more fully described as All of Lot Three (3), Replat of Lots 2, 8, 8A, 9, & 9A of Jones Spring, a Subdivision in Greene County, Missouri, according to the recorded plat thereof in plat book AAA Page 400.

All of Lot Four (4), Replat of Lots 2, 8, 8A, 9, & 9A of Jones Spring, a Subdivision in Greene County, Missouri, according to the recorded plat thereof in plat book AAA Page 400.

(2) that all persons claiming any right, title or interest in or to the above-listed defendant real properties are held in default, including but not limited to GusMavMur, LLC, Jennifer Obert a/k/a Jennifer Felts and John Michael Felts;

(3) that all claims and interests in the defendant property are forever foreclosed and barred;

(4) that the defendant property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(A) and 18 U.S.C. § 981(a)(1)(C);

(5) that the defendant properties shall be disposed of according to law.

**IT IS SO ORDERED**.

| | |
|---|---|
| July 19, 2023 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| Entered on: July 19, 2023 | s/Linda Howard |
| | (By) Deputy Clerk |